No. 5382.—MÁRQUEZ HNOS., aplda., v. CAMERÓN, aplte.—C. D. Arecibo. Reivindicación. Julio 15, 1930.

No. 5410.—KOEHLER, aplda., v. BAS, aplte.—C. D. San Juan. Noviembre 7, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Desestimado por abandono.

No. 5429.—VALDERRAMA, aplte., v. ESTEVES, COMISIONADO, ET ALS., apldos.—C. D. Guayama. Noviembre 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)
Desestimado por abandono.

No. 5435.—BUONOMO, apldo., v. VILLAFAÑE, aplte.—C. D. Humacao. Noviembre 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Desestimado por abandono.